# Exhibit N

| **U.S. Patent No. 5,983,227** | **U.S. Patent No. 7,171,414** | **U.S. Patent No. 7,565,359** | **U.S. Patent No. 8,352,854** | **U.S. Patent No. 9,626,342** |
|---|---|---|---|---|
| 2. Using a page server, a method of providing real-time responses to user requests for customized pages, the method comprising the steps of:<br><br>obtaining user preferences, wherein a user's user preferences indicate items of interest to that user;<br><br>obtaining real-time information from information sources;<br><br>storing the real-time information in a storage device;<br><br>combining the user preferences for the user and a template to form a template program specific to the user;<br><br>receiving, from a user and at the server, a user request for a customized page customized according to the user preferences;<br><br>executing the template program specific to the user using the real-time information stored in the storage device as input to the template program to generate the customized page; and | 1. In a page server coupled to a network, a method of providing a customized page to a user, wherein the customized page is customized according to the user's preferences, the method comprising:<br><br>obtaining real-time information from information sources;<br><br>storing the real-time information in a shared local storage device;<br><br>***storing a user-specific template program for the user in a data structure associated with a user identifier unique to the user***;<br><br>receiving, from the user and at the page server, a user request for a customized page;<br><br>determining a user identifier associated with the request;<br><br>receiving a template program specific to the user using the determined user identifier associated with the user request, | 10. A computer-readable medium comprising instructions for generating customized pages, wherein the customized pages are customized according to user preferences, the instructions for causing performance of a method comprising:<br><br>storing the real-time information in a shared local storage device; storing a user-specific template program for a plurality of users, wherein each template program indicates items of interest to a user, and is associated with a user identifier, wherein the user identifier is associated with a user request for a customized page;<br><br>receiving a template program specific to the user using the user identifier, wherein the template program is received from one of at least two locations, the location based upon a frequency of user requests for the customized page;<br><br>executing the template program specific to the user using the real-time information stored in the | 1. A method comprising:<br><br>receiving a user request for a customized page;<br><br>receiving a template program that is unique to the user and based on user configuration information, the user configuration information being supplied by the user and used to build the template program that is unique to the user, the user configuration information including user demographic information, and wherein the template program is received from one of at least two locations, the location determined from the frequency of the user request for the customized page;<br><br>***receiving an advertisement selected in accordance to the user demographic information***;<br><br>executing the template program using the selected advertisement to generate the customized page; and<br><br>providing the customized page to the user. | 1. A method comprising:<br><br>in response to a request for a user's customized web page:<br><br>generating, via at least one server computer, a template program unique to the user, the template program that is unique to the user is for use in forming the user's customized web page, the template program that is unique to the user is generated using customization information unique to the user and a global template that is generic to a plurality of users;<br><br>executing, via the at least one server computer, the user's template program to generate the user's customized web page, the user's customized web page at including real-time information selected for the user's customized web page based on the customization information unique to the user;<br><br>serving, via the at least one server computer, the user's customized web page;<br><br>***in response to receiving a subsequent request for the*** |

| U.S. Patent No. 5,983,227 | U.S. Patent No. 7,171,414 | U.S. Patent No. 7,565,359 | U.S. Patent No. 8,352,854 | U.S. Patent No. 9,626,342 |
|---|---|---|---|---|
| providing the user with the customized page, ***wherein three steps of executing and providing are performed in real-time response to receipt of the user request in the step of receiving*** and wherein the customized page includes at least one item of real-time information selected from the storage device. | wherein the template program is received from one of at least two locations, the location determined from frequency of the user request for the customized page; executing the template program specific to the user using the real-time information stored in the shared local storage device to generate the customized page, wherein the template program indicates items of interest to the user; and providing the user with the customized page. | shared local storage device to generate the customized page; and receiving user preferences for the user, and for combining the user preferences with a generic template to form the template program specific to the user, wherein the user preferences indicate the item of interest to the user. |  | *user's customized web page*; receiving, via the at least one server computer, the template program that is unique to the user from one of at least two locations, the location determined from the frequency of the request for the user's customized web page; executing, via the at least one server computer, the received template program that is unique to the user to generate the user's customized web page, t***he user's customized web page including real-time information selected for the user's customized web page in response to the subsequent request and based on the customization information unique to the user***; and serving, via the at least one server computer, the user's customized web page. |
|  |  |  | 8. A computer-readable non-transitory medium tangibly storing computer instructions for a processor, when executed by the processor |  |

| U.S. Patent No. 5,983,227 | U.S. Patent No. 7,171,414 | U.S. Patent No. 7,565,359 | U.S. Patent No. 8,352,854 | U.S. Patent No. 9,626,342 |
|---|---|---|---|---|
| | | | the instructions cause the processor to be operable for:<br><br>receiving a user request for a customized page;<br><br>receiving a template program that is unique to the user and based on user configuration information, the user configuration information being supplied by the user and used to build the template program that is unique to the user, the user configuration information including user demographic information, and wherein the template program is received from one of at least two locations, the location determined from the frequency of the user request for the customized page;<br><br>*receiving an advertisement selected in accordance to the user demographic information*;<br><br>executing the template program using the selected advertisement to generate the customized page; and<br><br>providing the customized page to the user. | |

| U.S. Patent No. 5,983,227 | U.S. Patent No. 7,171,414 | U.S. Patent No. 7,565,359 | U.S. Patent No. 8,352,854 | U.S. Patent No. 9,626,342 |
|---|---|---|---|---|
| | | | 15. A system comprising:<br><br>logic for receiving a user request for a customized page;<br><br>logic for receiving a template program that is unique to the user and based on user configuration information, the user configuration information being supplied by the user and used to build the template program that is unique to the user, the user configuration information including user demographic information, wherein the template program is received from one of at least two locations, the location determined from the frequency of the user request for the customized page;<br><br>logic for *receiving an advertisement selected in accordance to the user demographic information*;<br><br>a processor for executing the template program using the selected advertisement to generate the customized page; and<br><br>logic for providing the customized page to the user. | |